UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
    v.                         )    Cause No. 2:20-CR-104-PPS-JEM
                               )
NEAL BRATCHER,                 )
                               )
        Defendant.             )

## ORDER

This matter is before me on the findings and recommendation of Magistrate

Judge John E. Martin relating to defendant Neal Bratcher's agreement to enter a plea of

guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal

Procedure. [DE 21.]  Following a hearing on the record on May 5, 2021 [DE 25], Judge

Martin found that the defendant understands the charges, his rights, and the maximum

penalties; that the defendant is competent to plead guilty; that there is a factual basis for

the defendant's plea; that the defendant knowingly and voluntarily entered into his

agreement to enter a plea of guilty; and that the defendant's change of plea hearing

could not be delayed without serious harm to the interests of justice.  Judge Martin

recommends that the Court accept defendant's plea of guilty and proceed to impose

sentence.  Neither party has filed a timely objection to Judge Martin's findings and

recommendation.

    ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Neal Bratcher's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 25] in their entirety.

Defendant Neal Bratcher is adjudged GUILTY of Count 1 of the Indictment.

The sentencing hearing is set for September 21, 2021 at 8:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: May 20, 2021.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT